**WO**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tracy D Ferren, | No. CV-19-00598-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Westmed Incorporated, et al., | |
| Defendants. | |

This matter comes before the Court on the parties' Joint Motion to Dismiss and the Court finding good cause,

**Accordingly,**

**IT IS ORDERED** that the Motion to Dismiss (Doc. 38) is GRANTED and the case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

Dated this 6th day of July, 2021.

Honorable David C. Bury
United States District Judge